UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSIE WARE | CIVIL ACTION |
| versus | NO. 06-10420 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: E/1 |

**O R D E R**

Considering the Unopposed Motion to Continue Pre-Trial Conference, record document #19;

**IT IS ORDERED** that this matter is **STAYED** for ninety (90) days, pending approval of the settlement agreement by the Louisiana Road Home Program;

**IT IS FURTHER ORDERED** that the Pre-Trial Conference previously set for June 12, 2008, and the Jury Trial previously set for June 24, 2008, are **CANCELLED, to be reset in the absence of timely approval of the settlement agreement by the Louisiana Road Home Program.**

New Orleans, Louisiana, this 12th day of June 2008.

_____
**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge

cc: **Louisiana Road Home Program**